## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KLAUDYNA ROUTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. __CIV-18-862-C__ |
| | ) | |
| STATE OF OKLAHOMA *ex rel.* | ) | |
| THE OKLAHOMA BUREAU OF | ) | |
| NARCOTICS AND DANGEROUS | ) | |
| DRUGS CONTROL, | ) | |
| | ) | |
| Defendant. | ) | |

## **COMPLAINT**

Plaintiff, Klaudyna Routt, for her causes of action against Defendant, State of Oklahoma *ex rel.* The Oklahoma Bureau of Narcotics and Dangerous Drugs Control, alleges and states as follows:

Summary

1.     Plaintiff Klaudyna Routt ("Routt") brings this lawsuit to recover damages and equitable relief under Title VII of the Civil Rights Act of 1964, as amended, against her employer, Defendant State of Oklahoma *ex rel.* The Oklahoma Bureau of Narcotics and Dangerous Drugs Control ("OBN"). Routt is an American citizen, but she was born in Poland and speaks with a Polish accent. Routt was the victim of intentional national origin and sex discrimination when she was not promoted to the position of Prescription Monitoring Program Administrator in or around March 2018 and when she was not promoted to the position of Program Administrator – Property and Evidence Section in or

1

around October 2017. This action seeks to recover lost wages and benefits, promotion or front pay in lieu of promotion, compensatory damages, attorney's fees and costs, and all other relief available under the law and justified by the evidentiary record.

## Jurisdiction and Venue

2.     This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under federal law, *i.e.* 42 U.S.C. § 2000e *et seq.*

3.  Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

## The Parties

4.     Routt is currently and has been employed by Defendant since 2016. Plaintiff is a resident of the Western District of Oklahoma.

5.     Defendant is an Oklahoma state agency that has its headquarters located within the Western District of Oklahoma.

## Factual Allegations

6.     Routt is in a protected class under Title VII as her national origin is Polish and she is a female.

7.     Routt began working at OBN as a Compliance Analyst in the Prescription Monitoring Program on 07/11/2016.

8.     On October 16 2017, Routt applied for a promotion to the position of Program Administrator within the Property and Evidence Section.

9.     Routt was the best qualified candidate for the position

10.     Routt was rejected for the position by OBN Director John Scully. Director Scully then filled the position with another candidate.

11. Director Scully told Routt that if she would have been applying for the administrator position within her section (the Prescription Monitoring Program), then she would have been selected for the promotion.

12. In November 2017, the PMP Administrator retired from the OBN.

13. The PMP Administrator is the head of the Prescription Monitoring Program, and it is a very public-facing position which requires public speaking.

14. Routt applied for the PMP Administrator position in or around January 2018.

15. Routt was the best qualified candidate for the position, and she received the support of the outgoing PMP Administrator as well as others.

16. Routt was not selected for the position, and instead an American-born person was hired from outside the agency in or around March 2018.

17. This person had no experience in the PMP program and the job description had to be re-written in order to allow this person to qualify.

18. Routt was not selected for either position because of, or in significant part because of, her national origin, Polish, and her sex, female. Routt was repeatedly told that her relationship with a male employee caused problems in the workplace, however the male employee was promoted despite these alleged issues.

19. Routt timely filed a Charge of Discrimination with the United States Equal Employment Opportunity Commission. The EEOC has issued a Notice of Suit Rights and this suit is brought within 90 days of the Notice of Suit Rights.

### FIRST CAUSE OF ACTION – VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED

20.    Routt incorporates by reference herein paragraphs 1 through 15 as though set forth in full herein.

21.    Routt is in a protected class under Title VII because of her national origin, Polish, and because of her sex, female.

22.    Routt applied for promotions in October 2017 and January 2018.

23.    Routt was highly qualified for both positions.

24.    Routt was not selected for either position.

25.    Both positions were filled following Routt's rejection.

26.    Any proffered legitimate, non-retaliatory reason that OBN asserts is a pretext for intentional national origin and/or sex discrimination as described by the factual allegations set forth above.

27.    As a direct and proximate result of OBN's intentional national origin and sex discrimination against Plaintiff, Plaintiff has been excluded from promotions to her economic detriment, and Plaintiff has suffered mental anguish and emotional distress, sleeplessness, anxiety, humiliation, embarrassment, injury to her professional reputation, and loss of enjoyment of life, all to her damage in a sum in excess of Seventy-Five Thousand Dollars ($75,000.00).

WHEREFORE Plaintiff Klaudyna Routt prays for judgment against Defendant State of Oklahoma ex rel. Oklahoma Bureau of Narcotics and Dangerous Drugs Control as follows:

(1)     That Defendant be ordered to make Plaintiff whole by providing all the remedies and relief authorized by 42 U.S.C. § 2000e-5(g);

(2)     That Defendant be enjoined and restrained from further acts of discrimination against Plaintiff in the OBN workplace;

(3)     That Defendant be ordered to pay Plaintiff economic and compensatory damages pursuant to 42 U.S.C. § 1981a in an amount to be determined by the jury at the time of trial;

(4)     That Defendant be ordered to promote Plaintiff in rank to the position of Administrator of the Prescription Monitoring Program as an equitable remedy;

(5)     That in lieu of a mandatory injunction ordering Defendant to promote Plaintiff, that the Court award Plaintiff front pay for a term of years   as   the Court determines just and equitable under the circumstances;

(6)     That Defendant be ordered to pay Plaintiff's costs as authorized by law, including a reasonable attorney's fee;

(7)     That Defendant be ordered to pay pre-judgment interest in accordance with the proof at the time of the trial;

(8)     That Defendant be ordered to pay post-judgment interest; and

(9)     For any and all further make-whole relief as the Court deems just and proper.

Dated this 31st day of August, 2018.

                                        /s/Barrett T. Bowers
                                        Stanley M. Ward, OBA#9351

5

Woodrow K. Glass, OBA#15690
Barrett T. Bowers, OBA#30493
Ward & Glass, LLP
1601 36th Ave. NW, Ste. 100
Norman, Oklahoma 73072
(405) 360-9700
(405) 360-7902 (fax)
ATTORNEYS FOR PLAINTIFF

JURY TRIAL DEMANDED
ATTORNEYS' LIEN CLAIMED